NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Timothy D. Thurman, State Bar No. 216048
Trinity Law Associates
3470 Wilshire Blvd., Suite 930
Los Angeles, CA 90010
Tel: 213-384-9000 Fax: 213-402-3262

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THE GREAT NATION GROUP, a foreign corporation,<br><br>Plaintiff(s),<br>v.<br><br>D.M. DISCOVERIES, INC., a New York corporation; Jacques Ribet Education, Inc,; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER<br><br>CV09-05297 RSWL (Ex)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for THE GREAT NATION GROUP (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| The Great Nation Group | Plainitff |
| D.M. DISCOVERIES, INC. | Defendant |
| JACQUES RIBET EDUCATION, INC. | Defendant |

7/21/2009                Timothy D Thurman
Date                     Sign

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)