Timothy D. Thurman, State Bar No. 216048
TRINITY LAW ASSOCIATES
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000; Fax: (213) 402 3262

Attorney for Plaintiff, GREAT NATION GROUP, INC.

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GREAT NATION GROUP, INC., an individual, <br><br> Plaintiff, <br><br> v. <br><br> D.M. DISCOVERIES, INC., a New York Corporation; JACQUES RIBET EDUCATION, INC.; and Does 1-10, inclusive <br><br> Defendants. | CASE NO.: CV09-05297-RSWL-E <br><br> Judge Ronald S.W. Lew <br><br> **REQUEST FOR ENTERY OF DEFAULT** |

///

///

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

---

1
**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff THE GREAT NATION GROUP, INC., ("Plaintiff") hereby requests that the clerk of the above-entitled Court enter default in this matter against defendant JACQUES RIBET EDUCATION, INC. ("Jacques") on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant AHL on July 29, 2009, evidenced by the proof of service of summons on file with this Court.

The above stated facts are set forth in the accompanying declaration of Timothy D. Thurman, filed herewith.

DATED: August 26, 2009               TRINITY LAW ASSOCIATES

                                             By: /s/ Timothy D. Thurman
                                                Timothy D. Thurman
                                                Attorney for Plaintiff,
                                                THE GREAT NATION GROUP, INC.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 384 9000; Fax: (213) 402 3262; tim.thurman@trinlaw.com

The Great Nation Group, Inc. v. Jacquest Ribet Education, Inc. et al.   Case No. CV09-05297 – RSWL - (Ex)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3470 Wilshire Blvd., Suite 930, Los Angeles, California 90010.

On August 25, 2009, I served the foregoing document, described as "**REQUEST FOR ENTRY OF DEFAULT**"and **DECLERATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

RONALD RENE DAUZAT
2911 SAN FERNANDO AVE
LOS ANGELES, CA 90065

☒ **(BY MAIL)**  As follows:

☒ I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California.

☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(STATE)**  I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the attorney at the offices of the addressee.

Executed on August 26, 2009, in Los Angeles, California.

/s/ Timothy D. Thurman

Timothy D. Thurman

**TRINITY LAW ASSOCIATES**
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 384 9000: Fax: (213) 402 3262: tim.thurman@trinlaw.com

3
**REQUEST FOR ENTRY OF DEFAULT**