Timothy D. Thurman, State Bar No. 216048
TRINITY LAW ASSOCIATES
3470 Wilshire Blvd., Suite 930
Los Angeles, California 90010
Tel: (213) 384 9000; Fax: (213) 402 3262

Attorney for Plaintiffs THE GREAT NATION GROUP

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GREAT NATION GROUP, INC., an individual, <br><br> Plaintiff, <br><br> v. <br><br> D.M. DISCOVERIES, INC., a New York Corporation; JACQUES RIBET EDUCATION, INC.; and Does 1-10, inclusive <br><br> Defendants. | CASE NO.: CV09-05297-RSWL-E <br><br> **DECLARATION OF TIMOTHY D. THURMAN IN SUPPORT OF DEFAULT JUDGMENT BY COURT** |

///

///

1
**DECLARATION OF TIMOTHY D. THURMAN**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 384 9000: Fax: (213) 402 3262: tim.thurman@trinlaw.com

I, Timothy D. Thurman, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am the attorney of record for Plaintiff THE GREAT NATION GROUP in the above-captioned matter. I have personal knowledge of the facts set forth below and if called upon to testify thereto could and would do so competently.

2. Defendant JACQUES RIBET EDUCATION, INC. ("Defendant") has not appeared in this action and has not responded to the Complaint within the time permitted by law.

3. Defendant JACQUES was served with the Complaint on July 29, 2009.

4. Defendant's response was due on August 18, 2009.

5. Defendants has not appeared in this action or responded to the Complaint within the time permitted by law.

6. Defendant is not a minor, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

7. A Request for Entry of Default is made concurrently herewith.

8. This action involves a claim for damages by Plaintiff LUIS GONZALES against Defendants AHL and ALC for: 1) Breach of Oral Contract; 2) Racketeering; 3) Conversion; 4) Fraud-International Misrepresentation; 5) Negligent Misrepresentation; 6) Money Had and Received; and 7) Unjust Enrichment.

9. Plaintiff is informed and believe that the violations in the Complaint entitle it

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 384 9000: Fax: (213) 402 3262: tim.thurman@trinlaw.com

to $50,000.00 in damages.

10. Furthermore, Plaintiffs are entitled to reasonable attorneys' fees pursuant to the statutes alleged in the complaint, including but not limited to: This action involves a claim for damages by Plaintiff THE GREAT NATION GROUP, INC., against Defendant JACQUES RIBET EDUCATION, INC., for: 1) Breach of Oral Contract; 2) Racketeering; 3) Conversion; 4) Fraud-International Misrepresentation; 5) Negligent Misrepresentation; 6) Money Had and Received; and 7) Unjust Enrichment; the terms of which are set forth in the Complaint.

8. Plaintiffs are entitled to reasonable attorney fees pursuant to the federal statutes alleged in the Complaint and sued upon herein. The amount of reasonable fees is fixed by Local Rule 14.12.3 in the sum of $13,600.00.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed this 26th day of August, 2009 at Los Angeles, California.

DATED: August 26, 2009    TRINITY LAW ASSOCIATES

By: /s/ Timothy D. Thurman
Timothy D. Thurman
Attorney for Plaintiff,
THE GREAT NATION GROUP, INC.,