UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| THE GREAT NATION GROUP<br>                       Plaintiff(s),<br>      v.<br>D.M. DISCOVERIES, INC., et al.<br>                       Defendant(s). | CASE NUMBER<br>CV  09-05297 RSWL (Ex)<br><br>NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT |
|---|---|

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Defendant Jacques Ribet Education, Inc.  for the following reason(s)
- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☒ Proof of Service is lacking required information   *__* Proof of service does not include the address where service was made.__*
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)
- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person.
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55.3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

Date   8/28/2009                                              By        G. Kami
                                                                                                             Deputy Clerk