UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5297-RSWL | Date | December 10, 2009 |
|---|---|---|---|
| Title | The Great Nation Group, Inc., *et al.,* v. Jacques Ribet Education, Inc., *et al.* | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Kelly Davis | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

    On the Court's own motion, the Scheduling Conference set for December 15, 2009 is CONTINUED to **DECEMBER 17, 2009, at 10:00 a.m.** Counsel are ordered to appear on this new date and time.

|  | : | n/a |
|---|---|---|
|  | Initials of Preparer | KD/pdp |