UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5297-RSWL | Date | December 17, 2009 |
|---|---|---|---|
| Title | The Great Nation Group, Inc., et al. v. Jacques Ribet Education, Inc., et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Kelly Davis | Kathy Stride | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | Christopher Pisano |

**Proceedings:**   SCHEDULING CONFERENCE
(Not held; Non-Evidentiary)

The Court confers with defense counsel. No appearance made by plaintiff counsel.

The Court orders plaintiff to show cause in writing no later than **DECEMBER 31, 2009**, why this action should not be dismissed as to all defendants for lack of compliance with the Court's scheduling order.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | KD | |