CHRISTOPHER M. PISANO, Bar No. 192831
Christopher.Pisano@bbklaw.com
LAURA L. CRANE, Bar No. 238246
Laura.Crane@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Defendants
JACQUES RIBET EDUCATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE GREAT NATION GROUP, a foreign corporation, | Case No. CV 09-05297 |
|---|---|
| Plaintiff, | JACQUES RIBET EDUCATION, INC.'S NOTICE OF NON-RECEIPT OF A RESPONSE FROM PLAINTIFF TO THE COURT'S ORDER TO SHOW CAUSE AND REQUEST FOR RULE 11 SANCTIONS; DECLARATION OF CHRISTOPHER M. PISANO |
| v. | |
| D.M. DISCOVERIES, INC., a New York corporation; JACQUES RIBET EDUCATION, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

64054.1

Defendant Jacques Ribet Education Inc. ("Ribet") received a notice from this Court ordering Plaintiff The Great Nation Group ("GNG") to show cause in writing by December 31, 2009 why it did not attend the December 17, 2009 Scheduling Conference, and why it did not participate in the preparation of a Rule 26 Report. To date, Ribet has not received a written response from GNG and its counsel of record, Timothy D. Thurman of Trinity Law Associates.

Ribet respectfully requests that the Court issue an order to show cause regarding the imposition of sanctions in the amount of $5,188 pursuant to Rule 11(c) against GNG and its attorneys of record, Timothy D. Thurman and Trinity Law Associates. This is the amount defendant incurred in defending this action. In the alternative, Ribet respectfully requests that the sanction amount be at least $1,357.50, which is the amount incurred in preparing a unilateral Rule 26 Report and appearing at the Scheduling Conference. (*See* Pisano Decl.)

Dated:   January 4, 2010                    BEST BEST & KRIEGER LLP


By: /s/ Christopher M. Pisano
CHRISTOPHER M. PISANO
LAURA L. CRANE
Attorneys for Defendants
JACQUES RIBET EDUCATION, INC.

# DECLARATION OF CHRISTOPHER M. PISANO

I, Christopher M. Pisano, declare as follow:

1. I am an attorney with the law firm Best Best & Krieger ("BBK"), attorneys of record for defendant Jacques Ribet Education, Inc. ("Ribet"). I am personally familiar with the facts set forth in this declaration, and if called upon as a witness, I could and would testify under oath to these facts.

2. My colleague Laura Crane and I have been the only attorneys who have billed time to this file. My billing rate on this file is $390 per hour. Ms. Crane's billing rate on this file was $250 prior to December 1, 2009, and since that date her rate increased to $275 per hour. I am an Of Counsel with BBK, and I have been practicing civil litigation for 12 years. Ms. Crane is a fifth year associate in BBK's litigation department.

3. In making this application, I reviewed my firm's accounting records as to the fees and costs incurred. The total attorneys' fees and costs incurred as of December 31, 2009 in defending this action was $4,993. The attorneys' fees and costs incurred in preparing a unilateral Rule 26 Report, and in appearing for the December 17, 2009 Scheduling Conference was $1,162.50 I also spent half an hour preparing this notice and application, for an additional $195. Thus, Ribet requests that the Court set an OSC regarding imposing Rule 11 sanctions in the amount of $5,188 for the defense of the entire action, or in the alternative in the amount of $1,357.50.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 4, 2010 at Los Angeles, California.

By: _____
CHRISTOPHER M. PISANO

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071

ORANGE\CPISANO\64054.1   -1-   NOTICE OF NON-RECEIPT OF A RESPONSE FROM PLAINTIFF TO THE COURT'S ORDER TO SHOW CAUSE AND REQUEST FOR RULE 11 SANCTIONS; DECLARATION OF CHRISTOPHER M PISANO

# PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 300 South Grand Avenue, 25th Floor, Los Angeles, California 90071. On January 4, 2010, I served the following document(s):

JACQUES RIBET EDUCATION, INC.'S NOTICE OF NON-RECEIPT OF A RESPONSE FROM PLAINTIFF TO THE COURT'S ORDER TO SHOW CAUSE AND REQUEST FOR RULE 11 SANCTIONS; DECLARATION OF CHRISTOPHER M. PISANO

[X] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below (specify one):

[X] Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

[ ] **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Timothy D. Thurman, Esq.
TRINITY LAW ASSOCIATES
3470 Wilshire Blvd., Ste. 930
Los Angeles, CA 90010
Tel: 213-384-9000
Email: tim.thurman@trinlaw.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 4, 2010, at Los Angeles, California.

_____
Sandra K. Sandoval