CHRISTOPHER M. PISANO, Bar No. 192831
Christopher.Pisano@bbklaw.com
LAURA L. CRANE, Bar No. 238246
Laura.Crane@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Defendant
JACQUES RIBET EDUCATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREAT NATION GROUP, a foreign corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>D.M. DISCOVERIES, INC., a New York corporation; JACQUES RIBET EDUCATION, INC., and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. CV 09-05297 (Ex)<br><br>ORDER TO SHOW CAUSE REGARDING IMPOSING RULE 11 SANCTIONS AGAINST THE GREAT NATION GROUP AND/OR IT'S COUNSEL OF RECORD |

64057.1

[PROPOSED] ORDER TO SHOW CAUSE REGARDING IMPOSING RULE 11 SANCTIONS AGAINST THE GREAT NATION GROUP AND/OR IT'S COUNSEL OF RECORD

1  The Court, having received no filed response from Plaintiff The Great Nation Group ("GNG") to the Court's Order to Show Cause regarding GNG's failure to participate in the preparation of a Rule 26 Report and Plaintiff's failure to appear at the December 17, 2009 Scheduling Conference, and now having received a notice from Defendant Jacques Ribet Education, Inc. that it has not received a response from Plaintiff, hereby Orders as follows:

The Court hereby Orders Plaintiff GNG and its attorneys of record, Timothy D. Thurman of Trinity Law Associates, to show cause in writing why sanctions should not be imposed upon GNG and/or its counsel in the amount of $1,357.50, pursuant to Rule 11(c). The written response must be filed no later than January 21, 2010.

IT IS HEREBY ORDERED.

Dated: January 11, 2010        / S /
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071

64057.1     -1-     [PROPOSED] ORDER TO SHOW CAUSE REGARDING IMPOSING RULE 11 SANCTIONS AGAINST THE GREAT NATION GROUP AND/OR IT'S COUNSEL OF RECORD

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071