UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREAT NATION GROUP, a foreign corporation ) ) ) | CV 09-05297 (Ex) |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) ) | |
| D.M. DISCOVERIES, INC., a New York corporation; JACQUES RIBET EDUCATION, INC., and DOES 1-10, inclusive, ) ) ) ) ) | |
| Defendant. ) | |

On January 11, 2010, this Court ordered Plaintiff to show cause in writing why sanctions should not be imposed in the amount of $1,357.50, based on Plaintiff's failure to participate in the Rule 26 Report and attend the December 17, 2009 Scheduling Conference. The Court set a deadline of January 21, 2010 for Plaintiff to show cause why sanctions should not be imposed. Plaintiff did not submit anything to the Court by the January 21, 2010 deadline.

1

Accordingly, Plaintiff Great Nation Group is sanctioned in the amount of $1,357.50, to be paid no later than March 1, 2010 to defense counsel.

**IT IS SO ORDERED.**

Dated: January 29, 2010

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge