UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREAT NATION GROUP, a foreign corporation ) ) ) | CV 09-05297 (Ex) |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) ) | |
| D.M. DISCOVERIES, INC., a New York corporation; JACQUES RIBET EDUCATION, INC., and DOES 1-10, inclusive, ) ) ) ) ) | |
| Defendant. ) | |

On December 17, 2009, the Court held a Scheduling Conference in order to set the dates for this case to proceed. Plaintiff's Counsel failed to appear at the conference. Moreover, Plaintiff did not participate in the Rule 26(f) Report submitted to the Court before the Scheduling Conference. Accordingly, the Court ordered Plaintiff to show cause regarding the imposition of sanctions against Plaintiff for the attorneys' fees and costs Defendants incurred in preparing the Rule 26 report and appearing at the Scheduling Conference.

1

1  Plaintiff did not respond to that Order to Show Cause
2  and sanctions were subsequently imposed on January 29,
3  2010.  Furthermore, Plaintiff has not been in contact
4  with the Court since the September, 2009.  Accordingly,
5  Plaintiff is **ORDERED** to show cause why this case should
6  not be dismissed with respect to all Defendants for
7  lack of prosecution and failure to participate in the
8  mandatory December 17, 2009 Scheduling Conference.
9  Plaintiff has until March 8, 2010 to respond in
10 writing.

12 **IT IS SO ORDERED.**

14 Dated: February 25, 2010

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge